Ex Parte Fred Blundell, Gus England and Walter Ellison.

No. 11449.   Delivered November 9, 1927.

**1.—Motion for Contempt—Not Considered.**

A motion has been filed in this court citing Fred Blundell, District Attorney of the 22nd Judicial District; Walter Ellison, sheriff of Caldwell County, and Gus England, a constable of said county, for contempt of this court.

**2.—Same—Continued.**

From the facts stated in said motion, it does not appear that said parties, or either of them, have disobeyed any orders of this court, or are in any way in contempt thereof. The motion appearing on its face to be without merit, we decline to issue notice thereof, or to take further cognizance of it.

A motion in contempt against Fred Blundell, Walter Ellison and Gus England.

Motion being obviously without merit, is not considered.

The opinion states the case.

*Clarence J. Ginn* and *Wm. E. Hawkins,* in behalf of Avery V. Millikin.

*A. A. Dawson,* State's Attorney, for the State.

HAWKINS, JUDGE.—A motion has been filed in this court praying that Fred Blundell, District Attorney of the 22nd Judicial District of Texas; Walter Ellison, sheriff of Caldwell County, Texas, and Gus England, a constable of said county, be cited to show cause why they should not be held in contempt of this court. The motion alleges that said named parties removed one A. V. Millikin over the protest of his attorneys from Caldwell County to Travis County for examination touching his sanity during and pending a trial of that issue before

the Hon. M. C. Jeffrey, District Judge of said district, in Cald-well County.

From the facts stated in the motion, it does not appear that relators have disobeyed any orders of this court or are in any way in contempt thereof. The motion appearing from its face to be without merit, we decline to issue notice thereon or to take further cognizance of it.

*Motion denied.*